STATE OF NEW JERSEY v. HAROLD M. STANCIL.

February 28, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY HOWARD.

February 28, 1984.

Petition for certification denied.

SANDVIK, INC. v. STATEWIDE SECURITY SYSTEMS.

February 28, 1984.

Petition for certification denied.   (See 192 *N.J.Super.* 272)

SANDVIK, INC. v. STATEWIDE SECURITY SYSTEMS.

February 28, 1984.

Cross-petition for certification denied.   (See 192 *N.J.Super.* 272)